

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00222-CV

———————————————

OSCAR BERMUDEZ, INDIVIDUALLY AND SA POLO, INC., Appellants

V.

TIN TOP INSURANCE AGENCY, LLC, Appellee

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 21-10998-467

Before Kerr, Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On June 10, 2022, and June 24, 2022, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: July 21, 2022

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).